1

2

3

4

5

6

7

8

UNITED STATES DISTRICT COURT

9

NORTHERN DISTRICT OF CALIFORNIA

10

| | |
|---|---|
| ROXANNE NOZOLINO,<br><br>Plaintiff,<br><br>v.<br><br>HARTFORD LIFE AND ACCIDENT INSURANCE COMPANY; IMPREMEDIA OPERATING, LLC LIFE AND LTD PLAN; IMPREMEDIA OPERATING LLC, in its capacity as Plan Administrator,<br><br>Defendants. | Case No. C12-4314 EMC<br><br>**[PROPOSED] ORDER RE CONTINUANCE OF CASE MANAGEMENT CONFERENCE**<br><br>(as modified) |

20

PURSUANT TO STIPULATION, IT IS HEREBY ORDERED:

21

The currently scheduled Case Management Conference in this action is

22

continued to **[December ~~19,~~ 2012 at 9:00 a.m.]**. The parties shall file their Joint
(21)

23

Case Management Conference Statement in accordance with the Court's Civil

24

Local Rules.

25

26

Dated: November ____, 2012
(6)

27

28

IT IS SO ORDERED
AS MODIFIED
Judge Edward M. Chen

_____
JUDGE

LA #4838-0121-7297 v1

CASE NO.  C12-4314 EMC
(PROPOSED) ORDER RE CONTINUANCE OF
CASE MANAGEMENT CONFERENCE