UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROXANNE NOZOLINO,<br><br>  Plaintiff,<br><br>  v.<br><br>HARTFORD LIFE AND ACCIDENT INSURANCE COMPANY; IMPREMEDIA OPERATING, LLC LIFE AND LTD PLAN; IMPREMEDIA OPERATING LLC, in its capacity as Plan Administrator,<br><br>  Defendants. | Case No. C12-4314 EMC<br><br>**[PROPOSED] ORDER RE CONTINUANCE OF CASE MANAGEMENT CONFERENCE**<br>(as modified) |

PURSUANT TO STIPULATION, IT IS HEREBY ORDERED:

The currently scheduled Case Management Conference in this action is continued to **[December ~~19,~~ 21 2012 at 9:00 a.m.]**.  The parties shall file their Joint Case Management Conference Statement in accordance with the Court's Civil Local Rules.

Dated: November 6, 2012

IT IS SO ORDERED AS MODIFIED
Judge Edward M. Chen

_____
ED___
UNITED STATES ___ JUDGE

CASE NO. C12-4314 EMC
(PROPOSED) ORDER RE CONTINUANCE OF CASE MANAGEMENT CONFERENCE

BURKE, WILLIAMS & SORENSEN, LLP
ATTORNEYS AT LAW
LOS ANGELES

LA #4838-0121-7297 v1