1  JULIAN M. BAUM (CA SB NO. 130892)
   LISA A. LAWRENCE (CA SB NO. 132310)
2  JULIAN M. BAUM & ASSOCIATES
   Nine Tenaya Lane
3  Novato, California 94947
4  Telephone: (415) 963-4424
   Facsimile: (888) 452-3849
5  Electronic mail:    JMB@JMBLawGroup.com
                       LAL@JMBLawGroup.Com
6
7  Attorneys for Plaintiff

8  Daniel W. Maguire (SBN 120002)
   E-mail: dmaguire@bwslaw.com
9  Kristin P. Kyle de Bautista (SBN 221750)
   E-mail: kkyledebautista@bwslaw.com
10 BURKE, WILLIAMS & SORENSEN, LLP
   444 South Flower Street, Suite 2400
11 Los Angeles, CA  90071
   Tel: 213.236.0600    Fax: 213.236.2700
12

13 Attorneys for Defendant Hartford Life and Accident Insurance Company, Impremedia
   Operating, LLC Life and LTD Plan, and Impremedia Operating, LLC
14

15
                    UNITED STATES DISTRICT COURT
16
                   NORTHERN DISTRICT OF CALIFORNIA
17

18 ROXANNE NOZOLINO,                      )
                                           )  Case No. C12-4314 EMC
19         Plaintiff,                      )
                                           )
20                                         )
   v.                                      )  [proposed] ORDER REFERRING CASE TO
21                                         )  MEDIATION AND CONTINUING CASE
                                           )  MANAGEMENT CONFERENCE
22                                         )
   HARTFORD LIFE AND ACCIDENT              )
23 INSURANCE COMPANY; IMPREMEDIA           )  **Case Management Conference**:
   OPERATING, LLC LIFE AND LTD PLAN;       )  Date: December 21, 2012
24 IMPREMEDIA OPERATING LLC, in its        )  Time: 9:00 a.m.
   capacity as Plan Administrator,         )  Courtroom: Hon. Edward M. Chen
25                                         )  United States District Judge
          Defendants.                      )
26                                         )
                                           )
27 _____)

28

1

## ORDER

2

3  PURSUANT TO STIPULATION, IT IS SO ORDERED:

4  The action is referred for Mediation under ADR L.R. 6.  The currently scheduled

5  Case Management Conference in this action is continued to [April ~~26~~ 25, 2013 at 9:00 a.m.].  If the

6  action does not settle, the parties shall file their Joint Case Management Conference Statement in

7  accordance with the Court's Civil Local Rules.

8

9  Dated: December __18__, 2012

10



EDWARD M. CHEN
UNITED STATES DISTRICT JUDGE

IT IS SO ORDERED
AS MODIFIED
Judge Edward M. Chen