UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROXANNE NOZOLINO,<br><br>    Plaintiff,<br><br>    v.<br><br>HARTFORD LIFE AND ACCIDENT INSURANCE COMPANY, et al.,<br><br>    Defendants. | Case No. 12-cv-04314-JST<br><br>**ORDER VACATING MOTION HEARING**<br><br>Re: Dkt. No. 18 |

A hearing on Defendants' motion to transfer venue is scheduled for a hearing on May 30, 2013. As the motion is suitable for determination without oral argument, the hearing is VACATED. See Civil L.R. 7-1(b).

**IT IS SO ORDERED**.

Dated: May 24, 2013

_____
JON S. TIGAR
United States District Judge